**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-08-BK-13953-CGC |
|---|---|
| TOMA, DAVID, | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3005 | 4/14/10 | David Toma<br>11816 W. Rosewood Dr.<br>El Mirage, AZ 85335-2318 | $331.37 |

Dated this 24th day of August, 2010.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee